

# IOWA SECRETARY OF STATE
## Paul D. Pate

Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth

**NOTICE** As of **July 1, 2021**, we provide expedited and preclearance services for business filings under the fee structure shown on the Business Entity Forms & Fees page. If you want to take advantage of these services, documents can be delivered via our online portal Business Entity Filings or you can deliver in person at our Lucas Building filing office.

Home » Search Databases » Business Entities » Results » Summary

## Business Entity Summary                                        print

Summary | Address | Agent | Filings | Names | Officers | Stock | Protected Series | Search Again

Print Certificate of Existence

Searched: **quest logistics**

| Business No. | Legal Name | Status |
|---|---|---|
| 620857 | QUEST LOGISTICS, LLC | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | IA | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 12/4/2019 9:27 AM | 12/4/2019 9:27 AM |
| **Chapter** | | |
| CODE 489 DOMESTIC LIMITED LIABILITY COMPANY | | |

### Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | QUEST LOGISTICS, LLC |

### Registered Agent or Reserving Party

| Full Name | |
|---|---|
| BILL ZENK | |
| **Address** | **Address 2** |
| 500 1ST STREET SE | |
| **City, State, Zip** | |
| CEDAR RAPIDS, IA, 52401 | |

### Home Office

| Full Name | |
|---|---|
| | |
| **Address** | **Address 2** |
| 500 1ST ST SE | |
| **City, State, Zip** | |
| CEDAR RAPIDS, IA, 52406 | |

↑ Back to Top

**FEATURED RESOURCES**

QUICK LINKS | ONLINE SERVICES | SEARCH

**Business Services**
- Change of Registered Agent
- Credit Card Authorization Form
- Fast Track Filing - Biennial Report Demo
- Reinstatement Information

**Elections**
- Request an Absentee Ballot
- Am I Registered to Vote in Iowa?
- Register to Vote
- Track Your Absentee Ballot
- Find Your Precinct/Polling Place













Exhibit E